11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Willie Tate, Jr.

Appellant

Vs.                   No. 11-01-00242-CR B Appeal from Dallas County

State of Texas

Appellee

 

On January 17, 2002, this court granted
appellant=s handwritten motion to withdraw his
appeal.  On February 1, 2002, appellant
filed a handwritten motion for rehearing stating that he had made a
mistake.  The motion was granted.  

On March 6, 2002, appellant again filed a
handwritten motion to withdraw his notice of appeal.  In his March 6 motion, appellant states that he would like to
withdraw his appeal and that there is Ano fight on [his] Appeal.@  Appellant requests that this
motion be granted in order that he Acan do [his] Time.@

The motion is granted, and the appeal is
dismissed.

 

PER CURIAM

March 14, 2002

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.